UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB – 6 2008

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

UNITED STATES OF AMERICA

v.

**NO. 4:06CR00374 JLH**

**CARLOS WILLIE DAVIS**

### DISMISSAL OF INDICTMENT

Pursuant to **Rule 48(a)** of the **Federal Rules of Criminal Procedure** and by leave

of Court endorsed hereon, the United States Attorney for the Eastern District of Arkansas

hereby dismisses the above-styled indictment against the named defendant.

JANE DUKE
United States Attorney

LINDA B. LIPE
Assistant U.S. Attorney
P. O. Box 1229
Little Rock, Arkansas 72203
(501) 340-2600

Leave of Court is granted this _6_ day of _February_, 2008

for the filing of the foregoing dismissal of indictment.

_____
UNITED STATES DISTRICT JUDGE